UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60674-CIV-COOKE/BROWN

ROGER BENITES, on his own behalf
and others similarly situated,

    Plaintiff,

v.

DELICIOUSLY HEALTHY, INC.,
a Florida corporation, and MERYL
BRANDWEIN, individually,

    Defendants.
_____/

### PLAINTIFF'S RESPONSE TO THE COURT'S DECEMBER 12, 2006 ORDER REQUIRING ADDITIONAL DOCUMENTS ON THE PARTIES' SETTLEMENT

    Plaintiff, ROGER BENITES, by and through undersigned counsel and pursuant to the Court's December 12, 2006 Order and the parties' joint stipulation of dismissal, hereby advises the Court as follows:

    1.    On May 15, 2006, Plaintiff initiated this action under the Fair Labor Standards Act in an effort to recover unpaid overtime wages and other relief resulting from his employment with Defendants between approximately September 2005 and April 2006.  Plaintiff's job duties with Defendants included performing kitchen work, cleaning work, preparing of orders for deliveries, and making deliveries by driving to customers of Defendants in his own vehicle/a vehicle provided by Defendants.

    2.    The nexus of the instant lawsuit was Plaintiff's allegation that he regularly worked as much as seventy-five (75) to eighty (80) hours per week throughout work weeks that regularly consisted of six (6) days of work, and because Plaintiff was paid gross weekly wages of $600.00

without being properly compensated for his overtime hours worked, using half-time damages of $3.75/hour for a total of approximately 1,100 hours of overtime, Plaintiff sought the recovery of approximately $4,125.00 in unpaid wages and an equal additional amount of $4,125.00 as liquidated damages, exclusive of attorneys' fees and costs.

3. After Plaintiff's Complaint was filed, Defendants' Counsel notified Plaintiff's Counsel that Defendants believed that DELICIOUSLY HEALTHY, INC. was not an "enterprise" covered by the FLSA on the grounds that DELICIOUSLY HEALTHY, INC.'s gross sales did not exceed $500,000.00, either on an annual or prorated basis.

4. DELICIOUSLY HEALTHY, INC. thereafter produced financial and bank statements to Plaintiff, pursuant to a Confidentiality Order which the parties entered into, which reflected that DELICIOUSLY HEALTHY, INC. appeared to have gross annual revenues which did not exceed $500,000.00.

5. However, because Plaintiff also alleged that he, individually, was covered by the Fair Labor Standards Act as a result of the duties he performed during some or all of his employment, Plaintiff notified Defendants that he believed that even if enterprise coverage ultimately were found not to exist, Plaintiff was individually covered by the Act. To this end, the parties engaged in discovery and Plaintiff prepared sworn interrogatory answers to Defendants averring that up until approximately January 2006, Plaintiff made deliveries using his own personal vehicle and used credit cards to purchase gasoline in making deliveries and after mid January 2006, Plaintiff began using a vehicle that belonged to Defendants. Further, Plaintiff alleged that not only did he use a credit card from Defendants to purchase gasoline, but he also regularly purchased food and products from stores engaged in interstate commerce–with a credit card from Defendants throughout the entirety of his employment.

6. In or around August/September 2006, Plaintiff learned that DELICIOUSLY

HEALTHY, INC. had closed for business, permanently, and as a result of the coverage issues and financial difficulties Defendants experienced in what essentially amounted to a failed business venture, after negotiations between counsel for the parties over the next two (2) months, the parties agreed to a settlement of the instant case in exchange for total consideration in the amount of $2,500.00, to be paid by Defendants over a four (4) month period.

7. Pursuant to the Court's Order, Plaintiff hereby advises the Court that Plaintiff is receiving the amount of $1,000.00 in connection with the parties' settlement agreement, with the separate sums of $500.00 going towards the out-of-pocket expenses incurred in this action and $1,000.00 in attorneys' fees to the Shavitz Law Group.

8. Further, pursuant to the Court's Order, Plaintiff hereby submits that the instant settlement and the amounts Plaintiff is receiving hereunder represent a fair resolution of the claims at issue in this case, as Plaintiff is obtaining a guaranteed recovery, and although Defendants have not and are not admitting any liability as part of this settlement, the instant settlement is in all parties' best interests.  Moreover, Plaintiff's Counsel advises the Court that the Shavitz Law Group has agreed to waive more than Four Thousand Dollars ($4,000.00) in attorneys' fees in this matter and that Plaintiff has no indebtedness to the Shavitz Law Group as a result of the parties' settlement.

WHEREFORE, Plaintiff, ROGER BENITES, respectfully requests the Court approve the parties' settlement as fair and reasonable, dismiss this action with prejudice, and retain jurisdiction to enforce the parties' settlement.

Dated: December 12, 2006  
      Boca Raton, Florida

Respectfully submitted,

**s/KEITH M. STERN**  
Keith M. Stern (Florida Bar No. 321000)  
E-mail: kstern@shavitzlaw.com  
SHAVITZ LAW GROUP, P.A.  
1515 S. Federal Highway, Suite 404  
Boca Raton, Florida  33432

                Telephone: (561) 447-8888
                Facsimile: (561) 447-8831
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on December 12, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                **s/KEITH M. STERN**
                Keith M. Stern

## SERVICE LIST
**Roger Benites v. Deliciously Healthy, Inc.**
**CASE NO.: 06-60674-CIV-COOKE/BROWN**
**United States District Court for the Southern District of Florida**

Todd W. Shulby, Esq.
E-mail: tshulby@comcast.net
TODD W. SHULBY, P.A.
12555 Orange Drive, Suite 270
Davie, Florida 33330-4304
Telephone: (954) 862-1770
Fax: (954) 862-1769
Attorneys for Defendants, DELICIOUSLY HEALTHY, INC. and MERYL BRANDWEIN